UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA WALKER, | Case No. 5:14-cv-00274-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 12)** |
| FIRST BRIDGEPORT FINANCIAL, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | |

On May 9, 2014, both Plaintiff Debra Walker and Defendant First Bridgeport Financial failed to appear at the case management conference. Accordingly, Walker is ordered to file a letter on the docket by May 16, 2014 to show cause why the case should not be dismissed for failure to prosecute.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**

Dated: May 9, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-00274
ORDER TO SHOW CAUSE