G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
DEBRA WALKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WALKER,<br><br>        Plaintiff,<br><br>  vs.<br><br>FIRST BRIDGEPORT FINANCIAL, INC.; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: 5:14-cv-00274-PSG<br><br>[Judge: Hon. Paul S. Grewal]<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff DEBRA WALKER hereby voluntarily dismisses her claims, with prejudice, against Defendants FIRST BRIDGEPORT FINANCIAL, INC.; and DOES 1 to 10, inclusive.

DATED: June 4, 2014

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: _/s/ G. Thomas Martin, III_
     G. Thomas Martin, III
     Attorney for Plaintiff